UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REENA TOMLINSON, et al.,

    Plaintiffs,

v.                              CASE NO. 8:18-cv-460-T-23AEP

SERVIS ONE, INC., et al.,

    Defendants.
_____/

**ORDER**

    The plaintiffs announce (Doc. 31) a settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on September 26, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE