UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REENA TOMLINSON, et al.,

    Plaintiffs,

v.                                                CASE NO. 8:18-cv-460-T-23AEP

SERVIS ONE, INC., et al.,

    Defendants.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 33), the action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on October 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE